UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

JASON MARTINEZ,
               Plaintiff,

v.

STEVEN D'AGATA and MARK HESS,
               Defendants.

----------------------------------------------------------x

**ORDER**

16 CV 44 (VB)

      As discussed at a conference held today, at which counsel for all parties appeared in person, it is HEREBY ORDERED:

      1.     The matter is adjourned to March 16, 2020, at 2:30 p.m.

      2.     By February 3, 2020, plaintiff shall serve a settlement demand on defendants. Prior to the conference, the parties shall engage in meaningful settlement discussions. The parties shall come to the March 16 conference prepared to discuss (i) how the Court might assist them in settling the case, and (ii) the scheduling of trial and the dates for pretrial submissions.

Dated: January 27, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge