UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JASON MARTINEZ,

                            Plaintiff,                  **ORDER**

   -against-                                    16 Civ. 0044 (JCM)

DETECTIVE STEVEN D'AGATA, *et al.*

                            Defendant.
-----------------------------------------------------------------X

       On April 20, 2021, Plaintiff's counsel filed a status update with the Court and indicated that he would provide another update by May 30, 2021. (Docket No. 158). To date, no further update has been received.

       Accordingly, Plaintiff is directed to file a status report by no later than February 16, 2022.

Dated:  February 2, 2022
          White Plains, New York

                                                **SO ORDERED:**

                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge